UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:   Tamika Henry                )   Case No. 14-44922-705
                                     )   Chapter 7 Proceeding
                                     )
                                     )

### AFFIDAVIT OF ROSS H. BRIGGS IN COMPLIANCE WITH ORDER OF COURT

Comes Now Ross H. Briggs, upon his oath and in compliance with the Order of this Court of June 25, 2014, states: On information and belief, Debtor Tamika Henry has not received a return in fees from James Robinson.

Date: 1-12-15

_____
Ross H. Briggs

Subscribed and sworn to before me this 12th day of January, 2015

_____
Notary Public

FRANK C. SMITH, JR.
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 14855858
My Commission Expires May 02, 2018